# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff(s) vs. RASHAUN TERRANCE CARTER, Defendant(s) | **HEARING MINUTES** Sealed: No<br>Case No.: 2:22-cr-1021-CJW-MAR-1<br>Presiding Judge: Mark A. Roberts, Magistrate<br>Deputy Clerk: Paul Coberly<br>Official Court Record: FTR Gold    Contract? --<br>Contact Information: -- |

| Date: | 11/23/2022 | Start: | 10:31 AM | Adjourn: | 10:54 AM | Courtroom: | 4 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | -- | | | Time in Chambers: | -- | | | Telephonic? | No |
| Appearances: | Plaintiff(s): | AUSA Patrick J. Reinert | | | | | | | |
| | Defendant(s): | Rockne Cole (Defendant appears personally) | | | | | | | |
| | U.S. Probation: | -- | | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone: | -- |

**TYPE OF PROCEEDING:** PLEA   Contested? No   Continued from a previous date? No

| | |
|---|---|
| Defendant pleaded GUILTY to count(s): | 1 of the indictment |
| Defendant is   X   Detained   ☐ Released   pending sentencing. | |
| **Witness/Exhibit List is**   SEALED Government Exhibit 1 (plea agreement) received without objection | |
| The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7. | |
| **Miscellaneous:** | Court places the Defendant under oath.<br><br>Defendant is competent and understands the charge.<br><br>Defendant knows that there is an adequate factual basis, knows the minimum and maximum penalties, and knows his right to a jury trial and voluntarily waives those rights.<br><br>Defendant's plea of guilty is voluntary.<br><br>Court finds that the Defendant should be adjudged guilty of count 1 of the indictment based upon his plea of guilty.<br><br>USP to prepare PSIR. |