# Stephenson County, IL

**NOTICE:** By clicking the 'Search' button below, or otherwise using the Judici.com website

**2021DT104  CARTER, RASHAUN T**     Last Search  |  Information  |  Dispositions  |  **History**  |  Payments  |  Fines & Fees

| Date | Entry | Judge |
|---|---|---|
| | Entered Under: CARTER, RASHAUN T | |
| 06/02/2022 | Defendant present early w/Atty James; ASA Lennon-Rios present for state; cause comes on for pre-trial; defense motion to continue; motion granted; case is continued.<br>Pre-trial reset to 07/07/2022 at 9:00 in courtroom 1. | JMH |
| 04/21/2022 | Defendant not present; Atty james present for defendant; ASA Madigan present for state; cause comes on for pre-trial; defense motion to conitnue; motion granted; case is continued. | JMH |
| 04/21/2022 | Pre-trial set for 06/02/2022 at 1:30 in courtroom 1. | UNASSIGNED |
| 03/17/2022 | Defendant not present; Atty James present for Defense; AS Vogt<br>present for State; cause comes on early for PT (am); Defendant motion to continue; motion granted; case continued.<br>Pre-trial reset to 04/21/2022 at 1:30 in courtroom 1. | JMH |
| 01/06/2022 | WARNING TO MOTORIST/LAW ENFORCEMENT SWORN REPORT<br>Defenant present w/Atty James; ASA Lennon-Rios present for state; cause comes on for pre-trial; by agreement SSS is recinded; see<br>order; defendant ordered to do SCRAM monitoring; see order; by agreement case is continued.<br>ORDER(SSS RECIND)<br>ORDER(SCRAM)<br>Pre-trial set for 03/17/2022 at 1:30 in courtroom 1. | JMH |
| 12/30/2021 | Defendant not present; Atty James present; ASA Lennon-Rios present<br>for state; cause comes on for SSS hearing; defense motion to waive<br>the 30 day; defense motion to continue; motion granted; case is continued; Atty James to notify. | JMH |
| 12/30/2021 | Pre-trial set for 01/06/2022 at 1:30 in courtroom 1. | UNASSIGNED |
| 12/21/2021 | Defendant present w/Atty James; ASA Lennon-Rios present for state; cause comes on for SSS hearing; defense motion to continue; motion granted; case is continued.<br>SSS hearing set for 12/30/2021 at 1:30 in courtroom 1. | JMH |
| 12/10/2021 | Defendant present w/Atty James; ASA Lennon-Rios present for State; cause comes on for SSS hearing; State has not recieved notice of the hearing for SSS; Defense enters motion to set for hearing and for<br>time to keep running on state's time; State to turn over discovery; case continued for SSS hearing. | JMH |
| 12/10/2021 | SSS hearing set for 12/21/2021 at 1:30 in courtroom 1. | UNASSIGNED |
| 11/23/2021 | [Impounded] | UNASSIGNED |
| 11/23/2021 | [Impounded] | UNASSIGNED |
| 11/23/2021 | [Impounded] | UNASSIGNED |
| 11/23/2021 | [Impounded] | UNASSIGNED |
| 11/23/2021 | SSS hearing set for 12/10/2021 at 1:30 in courtroom 1. | UNASSIGNED |
| 11/19/2021 | Defendant present pro se; ASA Lennon-Rios present for State; cause comes on for first appearance; complaint read; rights explained; Defendant to retain private counsel; by agreement case continued for appearance w/counsel. | JMH |
| 11/19/2021 | Appearance/counsel set for 12/17/2021 at 9:00 in courtroom 1. | JMH |
| 11/01/2021 | CONFIRMATION OF STATUTORY SUMMARY SUSPENSION | UNASSIGNED |
| 10/19/2021 | Complaint filed on 10/19/2021.<br>APPEARANCE BOND<br>First appearance set for 11/19/2021 at 9:00 in courtroom 1.<br>Bond of $300.00 posted on 10/19/2021. | UNASSIGNED |

For questions or comments about this web site, please see our Contacts Page.
Terms of use | Privacy policy
Advertise on Judici.
Copyright © 2002-2022 Judici
Last modified: 2022/04/08 12:36 Version: 3.9.0.515

**Government Exhibit 2**
**Case 22-CR-01021**

# ILLINOIS CITATION AND COMPLAINT
## ILLINOIS STATE POLICE

36500590

DCN:

**COMPLAINT**

**Read These Instructions Carefully**

Your ticket has been marked ☒ COURT APPEARANCE REQUIRED. You are required to come to court on the date, time, and place noted in the COURT PLACE/DATE section on the ticket.

However, if you want to plead "NOT GUILTY", complete the portion of these instructions entitled "Avoid Multiple Court Appearances" and mail to the Clerk of the circuit court identified in the COURT PLACE/DATE section.

### COMPLAINT

| Case No. | ISP Dist. Occ. | ISP Dist. Assign. |
|---|---|---|
| 21DT104 | 16 | 16 |

| County of | Township of | TWP.RD. |
|---|---|---|
| STEPHENSON | ERIN TWP | 1 |

☒ PEOPLE STATE OF ILLINOIS — STATE OF ILLINOIS VS.

### DEFENDANT

| NAME | | SID# |
|---|---|---|
| CARTER (LAST) | RASHAUN (FIRST) | T (MIDDLE NAME) |

| ADDRESS STREET | Apt. | EYES: BROWN | ☐ Female  ☒ Male |
|---|---|---|---|
| CITY STATE ZIP: HAMPSHIRE IL 60140 | | HAIR: BLK  HEIGHT: 5'11"  WEIGHT: 275 LBS | |

| DR. LIC. | STATE: IL | CDL: N | EXPIR. DATE: /2026 | DOB: /1977 |
|---|---|---|---|---|

The Undersigned states that on 10/15/2021 at 11:36 PM defendant did unlawfully operate:

### VEHICLE

| REG NO. | STATE | MO/YEAR | US DOT # |
|---|---|---|---|
| CV78268 | IL | 07/2022 | |

| MAKE | YEAR | COLOR |
|---|---|---|
| LINCOLN | 2012 | BLACK |

| TYPE | VEHICLE USE: | YES | NO |
|---|---|---|---|
| PASSENGER CAR | COMMERCIAL MOTOR VEHICLE | ☐ | ☒ |
| | PLACARDED HAZ. MATERIAL | ☐ | ☒ |
| | 16 OR MORE PASS. VEHICLE | ☐ | ☒ |

Or as a Pedestrian or Passenger, and upon a public highway, or other location, Specifically

**US 20 EB EAST OF BRIDGE ROAD**

located in the County and State Aforesaid and Did Then and There Commit the Following Offense

### VIOLATION

☒ ILCS  Chapter **625**  Act **5**  Section **11-~~501~~ 503(A)(2)**

Nature of Offense: ~~DUI - ALCOHOL - 1ST OR 2ND OFFENSE~~ reckless driving

### INCIDENT

ACCIDENT TYPE:
Report No. 16-21-00618  CAD No. 16-21-00012568
Visibility: CLEAR, NIGHT  Road Conditions: DRY
Method: RADAR, MARKED  Notations:

### METHOD OF RELEASE

$2,500.00   Total Bond/Bail Posted: $0.00

10% CASH BOND

WITHOUT ADMITTING GUILT, I promise to comply with the terms of this Ticket and Release.

Signature X

### Circuit Court Location, Date, and Time

STEPHENSON COUNTY COURT
Court Location: 15 NORTH GALENA AVENUE
FREEPORT, IL 61032
Date: 11/19/2021  Time: 9:00 AM

☒ **COURT APPEARANCE REQUIRED**
SEE INSTRUCTIONS in the column to the right.

Under penalties as provided by law for false certification pursuant to Section 1-109 of the Code of Civil Procedure and perjury pursuant to Section 32-2 of the Criminal Code of 2012, the undersigned certifies that the statements set forth in this instrument are true and correct.

| 10/15/2021 | | | Officer's Signature D FILLIP | 7013 |
|---|---|---|---|---|
| Month | Day | Year | | ID # |



FILED STEPHENSON COUNTY, IL
OCT 19 2021
CLERK OF THE CIRCUIT COURT

**Method of Release - Failure to Appear**

The method of release is noted in the "Release" section. The result of your failure to appear or pay this ticket is determined by the method of release identified below and whether your ticket is marked "Court Appearance Required" or "No Court Appearance Required" and may result in either a judgment of conviction being entered against you for fine, penalties, assessments, and costs as provided in the NOTICE OF CONSENT FOR ENTRY OF JUDGMENT; or, the court may order other consequences identified below:

**Notice of Consent for Entry of Judgment**

If you were charged with an offense which does not require a court appearance, YOU ARE HEREBY NOTIFIED THAT:

If you do not satisfy the charge(s) against you prior to the date set for your appearance or any date to which the case is continued, you do not submit a written plea of guilty to the clerk at least three (3) days before the date, and you fail to answer the charge(s) or appear in court when required, you thereby consent to the entry of a judgment of conviction against you in the amount of the statutory minimum fine plus the assessment in the applicable schedule for the charged offense as provided in the Criminal and Traffic Assessment Act (705 ILCS 135/1 et seq.). The total amount assessed may be greater than the amount assessed on a guilty plea. Any cash bail or other security you have deposited will be applied toward payment. If you are an Illinois Driver and you fail to pay in full any judgments imposed, a notice will be sent to the Secretary of State and your driver's license will not be renewed, reissued, or reclassified, until full payment is received.

# ILLINOIS CITATION AND COMPLAINT
## ILLINOIS STATE POLICE

**36500591**

DCN:

## COMPLAINT

Case No. 21D+104 Ct# 2
ISP Dist. Occ. 16
ISP Dist. Assign. 16

County of **STEPHENSON**
Township of **ERIN TWP**
☐ TWP.RD.

☒ PEOPLE STATE OF ILLINOIS
**STATE OF ILLINOIS** VS.

### DEFENDANT
NAME: **CARTER, RASHAUN T** (LAST, FIRST, MIDDLE NAME)
SID#:
ADDRESS STREET: [redacted] Apt.
EYES: **BROWN**
☐ Female ☒ Male
CITY STATE ZIP: **HAMPSHIRE, IL 60140**
HAIR: **BLK** HEIGHT: **5' 11"** WEIGHT: **275 LBS**
DR. LIC.: [redacted] STATE: **IL** CDL: **N** EXPIR. DATE: [redacted]/2026 DOB: [redacted]/1977

The Undersigned states that on **10/15/2021** at **11:36 PM** defendant did unlawfully operate:

### VEHICLE
REG NO.: **CV78268** STATE: **IL** MO/YEAR: **07/2022** US DOT #:
MAKE: **LINCOLN** YEAR: **2012** COLOR: **BLACK**
TYPE: **PASSENGER CAR**
VEHICLE USE:
- COMMERCIAL MOTOR VEHICLE: YES ☐ NO ☒
- PLACARDED HAZ. MATERIAL: YES ☐ NO ☒
- 16 OR MORE PASS. VEHICLE: YES ☐ NO ☒

Or as a Pedestrian or Passenger, and upon a public highway, or other location. Specifically

**US 20 EB EAST OF BRIDGE ROAD**

located in the County and State Aforesaid and Did Then and There Commit the Following Offense

### VIOLATION
☒ ILCS
Chapter **625** Act **5** Section **11-501(a)(1)**
Nature of Offense: **DUI - BAC .08 OR MORE - 1ST OFFENSE**

### INCIDENT
ACCIDENT TYPE:
Report No.: **16-21-00618** CAD No.: **16-21-00012568**
Visibility: **CLEAR, NIGHT** Road Conditions: **DRY**
Method: **RADAR, MARKED** Notations:

### RELEASE
METHOD OF RELEASE: **$2,500.00** Total Bond/Bail Posted:
BOND ON COMPANION CASE
Companion Citation Number: **0365000590**
WITHOUT ADMITTING GUILT, I promise to comply with the terms of this Ticket and Release.
Signature X

### Court Place/Date
CIRCUIT COURT LOCATION, DATE, AND TIME
**STEPHENSON COUNTY COURT**
Court Location: **15 NORTH GALENA AVENUE, FREEPORT, IL 61032**
Date: **11/19/2021** Time: **9:00 AM**

☒ **COURT APPEARANCE REQUIRED**
SEE INSTRUCTIONS in the column to the right.

Under penalties as provided by law for false certification pursuant to Section 1-109 of the Code of Civil Procedure and perjury pursuant to Section 32-2 of the Criminal Code of 2012, the undersigned certifies that the statements set forth in this instrument are true and correct.

**10/15/2021** Officer's Signature **D FILLIP** ID# **7013**

---

### Read These Instructions Carefully

Your ticket has been marked ☒ COURT APPEARANCE REQUIRED. You are required to come to court on the date, time, and place noted in the COURT PLACE/DATE section on the ticket.

However, if you want to plead "NOT GUILTY", complete the portion of these instructions entitled "Avoid Multiple Court Appearances" and mail to the Clerk of the circuit court identified in the COURT PLACE/DATE section.

### Method of Release - Failure to Appear

The method of release is noted in the "Release" section. The result of your failure to appear or pay this ticket is determined by the method of release identified below and whether your ticket is marked "Court Appearance Required" or "No Court Appearance Required" and may result in either a judgment of conviction being entered against you for fine, penalties, assessments, and costs as provided in the NOTICE OF CONSENT FOR ENTRY OF JUDGMENT, or, the court may order other consequences identified below:

BOND DEPOSITED ON COMPANION CASE (See RELEASE section on e-Citation) The security which has been posted in another ticket or document also covers this ticket.



FILED STEPHENSON COUNTY, IL
**OCT 19 2021**
CLERK OF THE CIRCUIT COURT

### Notice of Consent for Entry of Judgment

If you were charged with an offense which does not require a court appearance, YOU ARE HEREBY NOTIFIED THAT:

If you do not satisfy the charge(s) against you prior to the date set for your appearance or any date to which the case is continued, you do not submit a written plea of guilty to the clerk at least three (3) days before the date, and you fail to answer the charge(s) or appear in court when required, you thereby consent to the entry of a judgment of conviction against you in the amount of the statutory minimum fine plus the assessment in the applicable schedule for the charged offense as provided in the Criminal and Traffic Assessment Act (705 ILCS 135/1 et seq.). The total amount assessed may be greater than the amount assessed on a guilty plea. Any cash bail or other security you have deposited will be applied toward payment. If you are an Illinois Driver and you fail to pay in full any judgments imposed, a notice will be sent to the Secretary of State and your driver's license will not be renewed, reissued, or reclassified, until full payment is received.

STATE OF ILLINOIS
IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
STEPHENSON COUNTY

PEOPLE OF THE STATE )
OF ILLINOIS, OR )
COUNTY OF STEPHENSON, )
)
)
)
V. )  NO. 21-DT-104
)
Rashaun Carter )

FILED
STEPHENSON COUNTY, IL

JUL -7 2022

Janelle Bardell
CLERK OF THE CIRCUIT COURT

APPEARANCE, PLEA OF GUILTY AND WAIVER OF TRIAL RIGHTS

I, the undersigned, do hereby enter my appearance on the complaint issued in the above entitled cause.

I have been informed of my right to trial by jury or by the Court, all associated rights, and the possible penalties upon a plea of guilty.

Knowing these rights and the possible penalties for the offense, I do hereby waive my right to trial by jury or before the Court, and I do hereby PLEAD GUILTY TO THE OFFENSE OF _Reckless Driving_

X _Rashaun Carter_
DEFENDANT

People of the State of Illinois, Plaintiff

VS.

Rashaun Carter
Defendant

IN THE CIRCUIT COURT OF THE 15TH JUDICIAL CIRCUIT
STEPHENSON COUNTY, ILLINOIS

THE DEFENDANT HAVING BEEN FOUND/PLEADED GUILTY OF THE OFFENSE DESIGNATED BELOW, BE AND IS HEREBY SENTENCED UNDER THE TERMS AND CONDITIONS STATED BELOW; PROVIDED THAT ANY VIOLATION OF SAID CONDITIONS MAY RESULT IN THE MODIFICATION OR REVOCATION OF THIS SENTENCE:

Case Number: 21 DT 104 ct.1

**SENTENCING ORDER**

OFFENSE reckless driving, 625 ILCS 5/11-503

COUNSEL James (ASSISTANT) STATE'S ATTORNEY Lennon-Rios

[ ] CLASS _____ FELONY  **TYPE OF SENTENCE:**  [X] CLASS A MISDEMEANOR

[X] Judgment of Conviction and a term of:
[X] Probation (730 ILCS 5/5-6-2, 730 ILCS 5/5-6-3)
[ ] Conditional Discharge (730 ILCS 5/5-6-2, 730 ILCS 5/5-6-3)
[ ] Chapter 20 Probation (20 ILCS 301/40-10)

[ ] Withhold Judgment of Conviction and a term of:
[ ] Court Supervision  [ ] Reporting
[ ] Drug Probation 720 ILCS  [ ] 550/10  [ ] 570/410
[ ] Second Chance Probation (730 ILCS 5/5-6-3.4)
[ ] Offender Initiative Program (730 ILCS 5/5-6-3.3)

[ ] Judgment of Conviction: All monetary obligations to be paid in full by:_____. If not paid the Defendant is to return to court at 10:00 am on that date. Failure to appear will result in the issuance of a warrant, failure to pay the amount owing may result in a finding of indirect civil contempt of court.

Term of: 2 years  To expire on: 7/7/24  JUL -7 2022

**STANDARD TERMS OF SENTENCE (IF CHECKED)**

[X] Not violate any criminal statutes of any jurisdiction.
[X] Report to and personally appear before the Probation Officers of this Court immediately on this date or upon release from custody and as often as required thereafter.
[X] Not possess any firearm or dangerous weapons.
[X] Permit home visits and other Probation Officer inquiries to discharge their duties.

[X] Notify the Probation Dept. of a new address within one business day of moving.
[X] Not leave the state without consent of the Court, written permission of the Probation Dept. and the transfer to another state is subject to acceptance by the receiving state.
[X] Comply with all Probation and Stephenson County Jail Regulations and participate in the Probation Dept.'s administrative sanction program.

[X] Cooperate with and successfully complete any ordered counseling or treatment and sign releases of information consenting to disclosure of counseling information to the Court and the Probation Dept.
[ ] Pay fine/costs in the following cases:
_____
_____
_____
_____

**REHABILITATIVE AND PROTECTIVE MEASURES**

[X] Within 30 days, engage in and/or successfully complete evaluations and/or treatment:
 [ ] Drug [ ] Alcohol [ ] Anger Management
 [ ] Mental Health [ ] PAIP [X] DUI
 and provide proof of successful completion to the Probation Dept.
[ ] Upon the request of the Probation Dept., provide proof of:
 [ ] Employment [ ] Maintain a job diary
 [ ] Course of study or vocational training
 [ ] Obtain GED [ ] Job Readiness Program
 [ ] Thinking for a Change

[X] Not use [X] alcohol, [X] illegal drugs [ ] cannabis or cannabis related products, submit to random testing at the discretion of the Probation Dept. by furnishing a urine sample and/or breath sample upon demand, and pay $10 fee per test.
[X] Complete a DUI impact program online and provide proof to Probation by: 9/7/22
[ ] Perform _____ hours of public service work to be administered by the Probation Dept. All Hours are to be completed by _____.

[ ] The Defendant shall have no contact with and/or stay away from the property at:
_____
_____
_____
_____
_____

**INCARCERATION:**

[ ] The defendant is ordered to serve _____ days [ ] imprisonment with credit for _____ days served for each day of presentence imprisonment credit.
 [ ] With day for day credit. [ ] Without day for day credit.
[ ] Beginning on _____ at _____ [ ] Periodic imprisonment for the period of _____.
[ ] Work release beginning _____ at _____ (Defendant shall report to Probation and follow all work release rules and pay any required fees).
[ ] _____ Days stayed pending compliance and a jail status hearing will be held on _____ at _____. DEFENDANT IS TO APPEAR IN COURT AT THAT TIME and jail will commence immediately thereafter unless it is again stayed by the court.

Other Conditions: 21 TR 3469 Dismissed per plea; dismiss count 2

X _Rash T_____  DEFENDANT.
I have received a copy of this Order, will read it and comply with its terms.
ENTERED: 7-7-22   JUDGE: _____

IT IS A CONDITION OF THIS ORDER THAT THE DEFENDANT PAY ALL FINANCIAL OBLIGATIONS AS SET FORTH ON THE FINANCIAL SENTENCING ORDER ENTERED THIS DATE WHICH IS INCORPORATED HEREIN BY REFERENCE.

| STATE OF ILLINOIS, CIRCUIT COURT STEPHENSON COUNTY | FINANCIAL SENTENCING ORDER | FILED STEPHENSON COUNTY, IL JUL -7 2022 Shanelle Bardell CLERK OF THE CIRCUIT COURT |
|---|---|---|
| THE PEOPLE OF THE STATE OF ILLINOIS, v. Rashavn Carter Defendant | | 21-DT-04 ct 1 Case Number |

The Defendant has appeared before this Court and ☒ pled guilty ☐ was found guilty of the following offenses:
Count: __Reckless Driving_____ Fine $ 1,250

In addition to any other sentences imposed in the case, the Defendant is ordered to pay the following fines, fees, and assessments:

1. **Fines (705 ILCS 105/27.3B-1 and 730 ILCS 5/5-4.5-5 sets forth the minimum fine):**

   a. Count:___ Offense:_____ Fine: $_____
   b. Count:___ Offense :_____ Fine: $_____
   c. Count:___ Offense:_____ Fine: $_____

                                                                    Total Fine(s)   $_____

2. **Fine Credits:**   Credit for time served: __1__ days x $30 per day credit:     $(30)

                                    A) Subtotal -- Balance of fines less fine credit(s): $ 1,220

3. **Criminal Assessment** *(check the highest class offense only)*

   a. ☐ Schedule 1, Generic Felony (705 ILCS 135/15-5)............................................$549
   b. ☐ Schedule 2, Felony DUI (705 ILCS 135/15-10).................................................$1709
   c. ☐ Schedule 3, Felony Drug Offense (705 ILCS 135/15-15).................................$2,215
   d. ☐ Schedule 4, Felony Sex Offense (705 ILCS 135/15-20)...................................$1314
   e. ☐ Schedule 5, Generic Misdemeanor (705 ILCS 135/15-25)...............................$439
   f. ☒ Schedule 6, Misdemeanor DUI (705 ILCS 135/15-30)......................................$1381
   g. ☐ Schedule 7, Misdemeanor Drug Offense (705 ILCS 135/15-35)......................$905
   h. ☐ Schedule 8, Misdemeanor Sex Offense (705 ILCS 135/15-40).......................$1184
   i. ☐ Schedule 9, Major Traffic Offenses (705 ILCS 135/15-45)................................$325
   j. ☐ Schedule 10, Minor Traffic Offenses (705 ILCS 135/15-50)..............................$226
   k. ☐ Schedule 10.5, Truck Weight / Load Offense (705 ILCS 135/15-52)................$260
   l. ☐ Schedule 11, Conservation Offense (705 ILCS 135/15-55)..............................$195
   m. ☐ Schedule 13, Non-Traffic (705 ILCS 135/15-65)..............................................$100

                                    B) Subtotal – Criminal / Traffic Assessment:    $ 1,381

4. **Conditional Assessment** *(check all that apply)*

   a. ☐ Arson/residential arson/aggravated arson (705 ILCS 135/70(1)).........$500 for each conviction:  $_____
   b. ☐ Child Pornography (705 ILCS 135/15-70(2))..............................$500 for each conviction:  $_____
   c. ☐ Crime lab drug analysis fee (705 ILCS 135/15-70(3))..................................................$100  $_____
   d. ☐ DNA analysis (705 ILCS 135/15-70(4))......................................................................$250  $_____

Case Number 21-DT-104 ct-1

e. ☐ DUI analysis (705 ILCS 135/15-70(5))..................................................$150  $ _____
f. ☐ Drug-related offense, possession/delivery (705 ILCS 135/15-70(6))..............Street Value  $ _____
g. ☐ Methamphetamine offense, possession/manufacture (705 ILCS 135/15-70(7))....Street Value  $ _____
h. ☐ Order of protection violation (705 ILCS 135/15-70(8))...............$200 for each conviction  $ _____
i. ☐ Order of protection violation (705 ILCS 135/15-70(9))................$25 for each conviction  $ _____
j. ☐ Speeding in a construction zone (705 ILCS 135/15-70(11))........................$250  $ _____
k. ☐ Supervision disposition under IL Vehicle Code (705 ILCS 135/15-70(12))..........$.50  $ _____
l. ☐ Listed offenses against family/household member (705 ILCS 135/70(13)) $200 per conviction  $ _____
m. ☐ EMS response reimbursement, vehicle/snowmobile/boat (705 ILCS 135/70(14))......up to $1000  $ _____
n. ☐ EMS response reimbursement, controlled substance delivery (705 ILCS 135/70(15)).......$1000  $ _____
o. ☐ EMS response reimbursement, reckless/agg reckless driving/ speeding 26 mph over
   705 ILCS 135/70(16)........................................................up to $1000  $ _____
p. ☐ Weapons violation of 24-1.1, 24-1.2, 24-1.5 (705 ILCS 135/70(18)).............$100 per conviction  $ _____

C) **Subtotal – Conditional Assessments:**  $ _____

5. **Other Assessments**
   a. ☐ Restitution total (see Restitution Order for specifics)....................  $ _____
   b. ☐ Public Defender assessment  $ _____
   c. ☒ Service Provider assessment...... VIP  $ 65
   d. ☒ Probation fee: 10  ☒ per month x _____ months ☐ one time total  $ 240
   e. ☒ $10 to the ☐ Stateline Area Crime Stoppers ☒ Tyler's Justice Center........  $ 10
   f. ☐ Warrant fees of $_____ + $ subpoena fees of $_____ + transport fees of $_____  $ _____
   g. ☐ An assessment of $_____ for _____  $ _____

D) **Subtotal – Other Assessments:**  $ ~~250~~ 315

A) Balance of fines less fine credit(s):  $ 1,220
B) Criminal / Traffic Assessment:  $ 1,381
C) Conditional Assessments:  $ _____
D) Other Assessments:  $ ~~250~~ 315
Total:  $ ~~2,851~~ 2,916

6. Bond posted: 300  minus 10% bond fee 30 = Bond available:  $ (270)

Total balance of all fines and assessments minus bond:  $ 2,646
Companion Case  $ 0

— Half w/in 6 months

THE COURT ORDERS THAT THE DEFENDANT SHALL PAY THE CIRCUIT CLERK THE FOLLOWING AMOUNT:  $ 2,646

THIS AMOUNT IS DUE BY 7/7/23 and is payable in the following manner: cash, outside drop box or by mailing a money order, cashier's check or certified check (NO personal checks) to: Stephenson County Circuit Clerk, 15 N Galena Ave 2nd Floor, Freeport, IL 61032 or pay online @ www.ALLPAID.COM PLC: 4052.

↳ 1/2 balance due 1/7/23

_____ The amount due and owing is reduced to Civil Judgment.

I am the defendant in the above case and I have read and understand this Financial Sentencing Order. Additionally, I agree that if the clerk's office determines that there was a math error that has occurred in the addition or subtraction of the amounts listed in this Order, the Court has my permission and consent to make the necessary corrections to this Financial Order so as to correct any errors in calculation without the necessity of bringing the case back into court. If such a correction is made, the clerk's office shall send me a corrected Financial Sentencing Order.

Date: 7-7-22                              Defendant's signature X _Roshuster_

It is so ordered: _____ Judge

Page 2 of 2

## STATE OF ILLINOIS
## IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
## STEPHENSON COUNTY

People of the State of Illinois

VS

PETITION TO REVOKE Probation
DOCKET NO. 21DT104

Rashaun T. Carter

**TO THE HONORABLE JAMES HAUSER OF SAID COURT:**

**NOW** comes **Ryan Shaner, Asst. State's Attorney** in and for Stephenson County, Illinois, and states to the Court that the above named defendant was convicted of the offense of **RECKLESS DRIVING on 7/7/2022. Whereas this Court** entered its Order sentencing the defendant to a term of Probation **to terminate on 7/7/2024** to the Probation Department and that the terms and conditions of said Probation are set forth in a written order filed herein. That the defendant did violate the terms of Probation in that she/he did on or about the **date of 9/26/2022.**

**1) Defendant failed to complete a DUI assessment within 30 days as ordered by the courts.**
**2) Defendant failed to complete the Victim Impact Panel by 9/7/22 as ordered by the courts.**

**WHEREFORE** your Petitioner prays that this Court enter its Order revoking the Probation of the defendant, or it's Order for the punishment of the defendant for violation of the terms of his/her probation.

_____
Asst. State's Attorney

**STATE OF ILLINOIS**
**STEPHENSON COUNTY**

**Carl Larson, Steve Biagi and Ryan Shaner, Tom Madigan, Shiva Lennon Rios being** first duly sworn on oath, deposes and says that she/he has read the foregoing Petition by her/him subscribed, and that the statements contained therein are true.

_____
Asst. State's Attorney

Subscribed and sworn to before me
this _26th_ day September, 2022

_____ Notary Public


ASHLEE ANN SCHEFFNER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
May 19, 2026

FILED
STEPHENSON COUNTY, IL

SEP 27 2022

Shanelle Bardell
CLERK OF THE CIRCUIT COURT